United States District Court
Southern District of Texas
**ENTERED**
April 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *In re* <br><br> **WESCO AIRCRAFT HOLDINGS, INC.**, *et al.*, <br><br> Debtors. | Case No. 4:25-cv-00202 (ASH) |
| **WESCO AIRCRAFT HOLDINGS, INC.**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **SSD INVESTMENTS LTD**, *et al.*, <br><br> Defendants. | Bankruptcy Case No. 23-90611 (MI) <br> Chapter 11 <br> (Jointly Administered) <br><br> Adv. Pro. No. 23-03091 (MI) |

## ORDER

The Court has considered the unopposed joint motion to modify the briefing schedule and page limits (the "Motion") in the above captioned case. For good cause shown, the Court **ORDERS** that the following briefing schedule and page limits (exclusive of any cover page, tables of contents or authorities, and signature pages) shall govern any objection to the Bankruptcy Court's February 19, 2025 report and recommendation:

- **March 26, 2025:** Deadline to file an objection to the February 19, 2025 report and recommendation, not to exceed 25 pages.

- **April 30, 2025:** Deadline to file response to any objection, not to exceed 25 pages.

- **May 15, 2025:** Deadline to file reply in support of any objection, not to exceed 10 pages.

It is **SO ORDERED**.

_April 4_, 2025

_____
Andrew S. Hanen
U.S. District Judge
U.S. District Court for the Southern District of Texas