United States District Court
Southern District of Texas
**ENTERED**
September 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESCO AIRCRAFT HOLDINGS, INC, ET AL, | § § § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-202 |
| SSD INVESTMENTS LTD, ET, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter is set for status conference on October 29, 2025, at 10:30 a.m. before the Honorable Randy Crane, in Courtroom 11-C, Eleventh Floor, United States Courthouse, 515 Rusk Avenue, Houston, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED September 11, 2025, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
Chief United States District Judge