**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| WESCO AIRCRAFT HOLDINGS, INC., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>SSD INVESTMENTS LTD, *et al.*,<br>Defendants. | Civil Action No. 4:25-cv-202 |

**NOTICE OF FILING**

Consistent with the Court's September 11, 2025 minute order, the First Lien Noteholders respectfully notify the Court that they have prepared the attached proposed memorandum orders resolving the parties' objections to the bankruptcy court's reports and recommendations. The proposed orders, as well as a proposed final judgment, are attached as follows:

- **Exhibit A:** [Proposed] Memorandum Order Regarding the 2024/2026 Noteholders' Breach-of-Contract Claims

- **Exhibit B:** [Proposed] Memorandum Order Regarding the 2024/2026 Noteholders' Tortious Interference Claims

- **Exhibit C:** [Proposed] Memorandum Order Regarding Langur Maize's Claims

- **Exhibit D:** [Proposed] Final Judgment

Contemporaneous with this notice, undersigned counsel is circulating Microsoft Word versions of these attachment via email to chambers, including all counsel.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | s/John F. Higgins |
| Paul D. Clement, VA Bar #37915 | John F. Higgins*, TX Bar #09597500 |
| (admitted pro hac vice) | Eric D. Wade, TX Bar #00794802 |
| C. Harker Rhodes IV, VA Bar #99759 | Heather K Hatfield, TX Bar #24050730 |
| (admitted pro hac vice) | M. Shane Johnson, TX Bar #24083263 |
| Kevin Wynosky, VA Bar #100624 | Megan Young-John, TX Bar #24088700 |
| (admitted pro hac vice) | PORTER HEDGES LLP |
| Niccolo A. Beltramo, DC Bar #90008526 | 1000 Main Street, 36th Floor |
| (admitted pro hac vice) | Houston, TX 77002 |
| CLEMENT & MURPHY, PLLC | (713) 226-6000 |
| 706 Duke Street | jhiggins@porterhedges.com |
| Alexandria, VA 22314 | ewade@porterhedges.com |
| (202) 742-8900 | hhatfield@porterhedges.com |
| paul.clement@clementmurphy.com | sjohnson@porterhedges.com |
| harker.rhodes@clementmurphy.com | myoung-john@porterhedges.com |
| kevin.wynosky@clementmurphy.com |  |
| niccolo.beltramo@clementmurphy.com | * Attorney-in-Charge |
|  |  |
|  | Neil Lieberman, NY Bar #4758421 |
|  | (admitted pro hac vice) |
|  | Benjamin F. Heidlage, NY Bar #4822151 |
|  | (admitted pro hac vice) |
|  | HOLWELL SHUSTER & GOLDBERG LLP |
|  | 425 Lexington Avenue |
|  | New York, NY 10017 |
|  | (646) 837-5151 |
|  | nlieberman@hsgllp.com |
|  | bheidlage@hsgllp.com |

*Counsel for First Lien Noteholders*

September 25, 2025

## **CERTIFICATE OF SERVICE**

I certify that, on September 25, 2025, a true and correct copy of the foregoing document was served through the Court's Electronic Case Filing System of the United States District Court of the Southern District of Texas, which will send a notification of such filing to all counsel of record.

Date:  September 25, 2025

s/John F. Higgins
John F. Higgins
