# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESCO AIRCRAFT HOLDINGS, INC., et al., | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:25-CV-202 |
| VS. | § § | |
| SSD INVESTMENTS LTD, et al., | § § | |
| Defendants. | § § § | |

**[PROPOSED] FINAL JUDGMENT**

In accordance with this Court's memorandum orders resolving the parties' objections to the bankruptcy court's reports and recommendations in this case, the Court hereby:

1) DISMISSES Langur Maize's claims for the reasons stated in ECF ___;

2) DECLARES that the 2022 Transactions did not breach Wesco's obligations under the 2024 Indenture or the 2026 Indenture, and DISMISSES the 2024/2026 Noteholders' breach-of-contract claims, for the reasons stated in ECF ___; and

3) DISMISSES the 2024/2026 Noteholders' tortious interference claims, for the reasons stated in ECF ___.[1]

The Court also determines that there is no just reason for delay in entering final judgment on these claims, and accordingly enters final judgment as to the aforesaid claims under Federal Rule of Civil Procedure 54(b).

---

[1] Capitalized terms in this final judgment have the same meaning as in the Court's memorandum orders resolving the parties' objections to the bankruptcy court's reports and recommendations. *See* ECF ___, ___, ___.

2/2

SO ORDERED _____, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge